UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 MAY 19 PM 12:32

ROBERT R. ___ROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Cr. No. 04-20476-D |
| JOHN D. VAUGHN, | |
| Defendant. | |

### ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

Upon motion of the defendant, and without objection by the government and pre-trial services, and it appearing that said motion is based on a good cause and should be granted, this Court hereby **GRANTS** the defendant's motion and modifies the conditions of his pretrial release by allowing him to travel to East Tennessee and North Carolina for his honeymoon from June 4-10, 2005.

It is so **ORDERED**, this the 18th day of May, 2005.

_____
HONORABLE BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:04-CR-20476 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT