IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -8 PM 4: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | No. 04-20476-D |
| JOHN D. VAUGHAN,<br>APRIL VEACH, | * |
| Defendants. | * |

### ORDER GRANTING GOVERNMENT'S MOTION
### TO CONTINUE SENTENCING

It is hereby ORDERED that the Government's motion to continue the sentencing of defendant JOHN D. VAUGHAN, currently set for July 25, 2005, and the sentencing of defendant APRIL VEACH, currently set for July 20, 2005, is hereby GRANTED. The sentencing of defendant JOHN D. VAUGHAN is hereby reset to 8, 30, 2005, at 1:30 PM. The sentencing of defendant APRIL VEACH is hereby reset to 8, 29, 2005, at 1:30 PM.

DONE at Memphis, Tennessee, this 8th day of July, 2005.

_[signature]_
UNITED STATES DISTRICT JUDGE

APPROVED: _[signature]_
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-13-05

109

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 2:04-CR-20476 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT