UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____/s/_____D.C.

05 DEC 19 AM 6:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Cr. No. 04-20476-D |
| JOHN D. VAUGHN, | |
| Defendant. | |

### ORDER GRANTING MOTION TO TRAVEL

Upon motion of the defendant, and without objection by the government and pre-trial services, and it appearing that said motion is based on a good cause and should be granted, this Court hereby **GRANTS** the defendant's motion to travel. Defendant is allowed to travel to Woodruff County, Arkansas December 26-27, 2005.

It is so **ORDERED**, this the __16__ day of December, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-19-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 152 in case 2:04-CR-20476 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT